

# United States District Court
### SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| Kenneth G. Edwards<br><br>Plaintiff,<br>V.<br><br>Robert L. Blanchard, Trustee of the<br>Blanchard Family Trust<br><br>Defendant. | Civil Action No. 19-cv-01155-DMS-AHG<br><br>**JUDGMENT IN A CIVIL CASE** |

**Decision by Court.**  This action came to trial or hearing before the Court.  The issues have been tried or heard and a decision has been rendered.

IT IS HEREBY ORDERED AND ADJUDGED:

Defendant's motion to dismiss is GRANTED WITH PREJUDICE.

Date:  11/5/20

CLERK OF COURT
JOHN MORRILL, Clerk of Court
By: s/ M. Exler

M. Exler, Deputy